Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

2008 JUL -3 PM 4:26

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

       **vs**

JOHN SPATOFORE dba GRAND
AUTOMOTIVE; JAKE CVI, INC.
and DOES 1 THROUGH 10,
Inclusive,

    Defendants.

BY:_____ DEPUTY

### SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 1202 LAB LSP**

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vahdeveld, Esq.,
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

    An answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 7/3/08 |
|---|---|
| CLERK | DATE |
| J. PARIS | |

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)