**Knox ATTORNEY SERVICE**
S E R V I C E S
2250 Fourth Avenue, San Diego, CA 92101
Phone: (619) 233-9700   Fax: (619) 685-4294

## STATUS REPORT

July 31, 2008

LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO, CA 92101
Attention : AMY
Phone    : 619-231-8883   Fax: 619-231-8329

**RE KNOX FILE #:  297940-01**          **YOUR FILE# :  08CV1202LABLSP**

CASE NUMBER :  08 CV 1202 LAB LSP
CASE NAME   :  KAREL SPIKES vs.
               JOHN SPATOFORE, et al.

SERVICE OF PROCESS - We received the documents below on 07/15/08:

  SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

for service upon   :  **JOHN SPATOFORE dba GRAND AUTOMOTIVE**
at the following
address(es)        :  206 F STREET, CHULA VISTA, CA 91910 (Bus.)

                      908 GRAND AVE, GRAND AUTOMOTIVE, SPRING VALLEY, CA 91977 (Bus.)

The following is a list of attempts to effectuate service:

| Date | Time | Description |
|---|---|---|
| 07/16/08 | 03:18P | Attempted service, no answer (Addr #1)   (Addr #1) |
| 07/16/08 | 03:45P | Attempted service at business address; closed (Addr #2) |
| 07/17/08 | 07:50A | Attempted service, no answer (Addr #1)   (Addr #1) |
| 07/17/08 | 07:56A | Attempted service at business; subject not in (Addr #2) |
| 07/18/08 | 12:17P | Attempted service, per current occupant by the name "Hernandez", subject moved out 4 months ago. (Addr #1)   (Addr #1) |
| 07/18/08 | 02:07P | Attempted service-effected substitute service (Addr #2) |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 31, 2008                    Signature: _____
                                                  RODRIGO LORA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883
Attorney for : KAREL SPIKES

Ref. No.       : 0297940-01
Atty. File No.: 08CV1202LABLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF      : KAREL SPIKES
DEFENDANT      : JOHN SPATOFORE, et al.

Case No.: 08 CV 1202 LAB LSP
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served     :    JOHN SPATOFORE dba GRAND AUTOMOTIVE
   b. Person served    :    JOSE "DOE", ASSISTANT MANAGER
                            (HISP/M/31YRS/5'8"/180LBS/BROWN/BLACK)

4. Address where the party was served  908 GRAND AVE        GRAND AUTOMOTIVE
                                       SPRING VALLEY, CA  91977    (Business)

5. I served the party
   b. **by substituted service.** On July 18, 2008 at 02:07 PM I left the documents listed in item 2
      with or in the presence of    JOSE "DOE", ASSISTANT MANAGER,
      HISP/M/31YRS/5'8"/180LBS/BROWN/BLACK
   (1) **(business)**  a person at least 18 years of age apparently in charge at the office or usual place of business
       of the person to be served.  I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:          JOHN SPATOFORE dba GRAND AUTOMOTIVE
      under [xx] CCP 416.90   (authorized person)

7. **Person who served papers**
   a. RODRIGO LORA
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California  92101
   c. 619-233-9700

   d. Fee for service: $102.50
   e. I am:
      (3) a registered California process server
         (i)   an independent contractor
         (ii)  Registration No.:  479
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 31, 2008

Signature: _____
           RODRIGO LORA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : KAREL SPIKES

Ref. No.      : 0297940-01
Atty. File No.: 08CV1202LABLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | |
| DEFENDANT | : JOHN SPATOFORE, et al. | |

Case No.: 08 CV 1202 LAB LSP

**DECLARATION REGARDING DILIGENCE**

I received the within process on 07/15/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    JOHN SPATOFORE dba GRAND AUTOMOTIVE

Business    :    206 F STREET, CHULA VISTA CA 91910

Business    :    908 GRAND AVE GRAND AUTOMOTIVE, SPRING VALLEY CA 91977

Attempts to effect service are as follows:

(SEE ATTACHED SERVICE REPORT)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 31, 2008

Signature: _____
RODRIGO LORA

Jud. Coun. form, rule 2.150 CRC

**DECLARATION RE DILIGENCE**

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883                     Ref. No.        : 0297940-01
Attorney for : PLAINTIFF         Atty. File No.  : 08CV1202LABLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| PLAINTIFF  | : KAREL SPIKES          | Case No.: 08 CV 1202 LAB LSP |
|------------|-------------------------|------------------------------|
| DEFENDANT  | : JOHN SPATOFORE, et al.| **DECLARATION OF MAILING**   |

RE:   JOHN SPATOFORE dba GRAND AUTOMOTIVE

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On July 24, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

JOHN SPATOFORE dba GRAND AUTOMOTIVE

908 GRAND AVE          GRAND AUTOMOTIVE
SPRING VALLEY, CA  91977

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 24, 2008 at SAN DIEGO, California.

Signature: _____
LAURA BONDE

**DECLARATION OF MAILING**